# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMETRICE JOHNSON

NO. 2024 KW 0807

**OCTOBER 7, 2024**

---

In Re:   Demetrice Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-14-0526.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.** As an incarcerated pro se prisoner, relator may seek review of the district court's ruling on the motion to enforce plea agreement without the necessity of obtaining a return date.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT